IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN BRANDON CLARK,<br><br>Defendant. | CR-21-08-H-BMM<br><br>ORDER |

Upon the United Sates' motion, and for good cause shown,

IT IS ORDERED that the indictment and case against Jonathan Brandon Clark is UNSEALED.

DATED this 18th day of August, 2021.

_John Johnston_
John Johnston
United States Magistrate Judge

1