IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNATHAN BRANDON CLARK,<br><br>Defendant. | CR 21-08-H-BMM<br><br>PRELIMINARY ORDER OF FORFEITURE |

THIS matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture.  Defendant Johnathan Brandon Clark appeared before the Court on November 16, 2021 and entered a plea of guilty to Count I of the indictment.  He also admitted the forfeiture allegation.  Clark's plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Defendant Clark interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- AM-15 Rifle SN 20091554 with magazine; and
- Ruger SP101 .357 Pistol SN 576-79913.

THAT the United States Marshal's Service, the Federal Bureau of Investigation, and/or a designated sub-custodian, are directed to seize the property

subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 18th day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court